UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES ALLEN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV421-038 |
| | ) |
| PHEOBE PUTNEY | ) |
| MEMORIAL HOSPITAL, | ) |
| *Emergency Room* | ) |
| ALBANY JAIL/DOUGHERTY | ) |
| COUNTY JAIL, and | ) |
| DIAGNOSTICS/JACKSON GDC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court entered a Report and Recommendation (R&R) recommending the dismissal of plaintiff's claims related to the denial of a cane while at Georgia State Prison and transfer of the remaining claims to the Middle District of Georgia. Doc. 6. The Clerk of Court mailed the R&R to the address provided by plaintiff, but it was returned as undeliverable. Doc. 7. The Local Rules of this Court require all litigants to notify the Court of any changes to their address, including release from incarceration and transfer to a different detention facility. S.D. Ga. L.R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to

apprise the Court of any address change."). Though plaintiff failed to comply with this rule in the instant case, he did provide the required notice in *Brown v. (CCA) Coffee Cnty. Corr. Facility*, CV5:21-007, doc. 9 (S.D. Ga. Jan. 29, 2021).

In order to ensure that plaintiff has an opportunity to file any objections to the Court's R&R, the Clerk of Court is **DIRECTED** to mail a copy of this Order and the R&R to the address provided by plaintiff in CV5:21-007. Plaintiff is **DIRECTED** to file any objections to the R&R within 14 days of this Order. He is further **DIRECTED** to file a notice with the Court providing his current address with 14 days of this Order. Plaintiff is reminded that failure to abide by the Court's Orders and Rules will result in the dismissal of his case. *See* S.D. Ga L.R. 41(b); see, *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v.*

*Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

**SO ORDERED**, this 2nd day of June, 2021.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA